UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN W. DUNIGAN,<br><br>  Petitioner,<br><br>  v.<br><br>L. LUNDY,<br><br>  Respondent. | Case No. 2:23-cv-02699-JDP (HC)<br><br>**ORDER**<br><br>DENYING PETITIONER'S MOTIONS FOR CERTIFICATE OF INNOCENCE AND FOR RELEASE<br><br>ECF Nos. 13 & 21 |

Petitioner Kevin W. Dunigan, a state prisoner, has filed this section 2254 action attacking a 2007 conviction. In my last order, I found that his claims were difficult to understand and appeared to be time-barred. ECF No. 23 at 2. I granted him leave to amend, and he has not yet done so. Pending, however, are his motions for certificate of innocence, ECF No. 13, and motion for release, ECF No. 21. These motions are duplicative of others he has filed and that I have previously denied. As I've explained in previous orders, both requests are contingent on and, indeed, would be made by redundant by, a successful habeas petition: If petitioner shows that his conviction was unlawful, then a certificate of innocence will be unnecessary. Similarly, the possibility of his release is contingent on that success.

1     Accordingly, it is ORDERED that petitioner's motion for certificate of innocence, ECF
2 No. 13 and motion for release, ECF No. 21, are DENIED.

4 IT IS SO ORDERED.

6 Dated:   June 27, 2024

                                           JEREMY D. PETERSON
                                           UNITED STATES MAGISTRATE JUDGE

2