UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN W. DUNIGAN,

               Petitioner,

    v.

L. LUNDY,

               Respondent.

Case No.  2:23-cv-2699-TLN-JDP (P)

ORDER

Petitioner, a state prisoner, brought this action under section 2254.  On August 30, 2024, I recommended that the operative petition be dismissed as untimely and for failure to state a cognizable claim.  ECF No. 29.  Those recommendations were adopted by the district judge.  ECF No. 35.  Petitioner appealed and, on May 9, 2025, the Ninth Circuit denied his opening brief.  ECF No. 44.  Then, on January 5, 2026, petitioner filed a "motion for three judge panel" in this now closed case.  ECF No. 45.  That motion is denied.

As an initial matter, it is unclear whether petitioner intended this motion to be filed in this case.  He addresses the motion to Magistrate Judge Chi Soo Kim and requests a "[three] judge panel with power of attorney."  ECF No. 45 at 1-2.  Regardless, the motion is plainly frivolous insofar as it references an "iron dome," "spacecraft flight simulator," and a "sovereign female investigative brigade."  *Id.* at 2, 4, 11.  The motion runs to more than one-hundred pages in length, and is frankly unintelligible.

1

Accordingly, it is ORDERED that the motion for three judge panel, ECF No. 45, is DENIED.

IT IS SO ORDERED.

Dated:    March 6, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2